IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR ALICEA, et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | NO.  14-0213 |
| SCOTT SCHWEIZER, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *12th* day of *August*, 2015, upon consideration of the Motion for Summary Judgment by Defendants City of Philadelphia, Police Officer Scott Schweizer, Police Officer Erik Pross, Police Officer Shaun Parker, Police Officer Leroy Ziegler, Detective James Weiss, and Police Commissioner Charles Ramsey (collectively, "Defendants") (Docket No. 14) and the Response in Opposition by Plaintiffs Hector Alicea, Kevin Jones, Aurea Martinez, Ruth Martinez, and Elisa Velazquez (collectively, "Plaintiffs") (Docket No. 18), it is hereby **ORDERED** that the Motion is **GRANTED.  JUDGMENT IS ENTERED** for all Defendants against all Plaintiffs, on the entirety of the Amended Complaint.  **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.